

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Judge Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 25, 2024

Re:     <u>1:23-cv-09276-AS Sookul v. Fresh Vine Wine, Inc.</u>

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Subramanian,

    Plaintiff's counsel submits this letter-motion to seek an adjournment of the telephonic initial pretrial conference, currently scheduled for January 31st, 2024 at 10:00 AM. Counsel has attempted to serve defendant several times but it seems they are evading service. A new address was located that we believe will prove to be successful, <u>and ask for 60 day adjournment until March 27th, 2024, or a date convenient to the Court.</u> This is the first time relief is being requested.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

<u>/s/ Mars Khaimov</u>
Mars Khaimov, Esq.
<i>Attorney for Plaintiff</i>

Application granted. The pretrial conference currently set for January 31 is hereby adjourned to March 27, 2024, at 11:00 AM. The dial-in information remains the same.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 29, 2024

