UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANJAY SOOKUL, *on behalf of himself and all others similarly situated*,

                    Plaintiff,

          -against-

FRESH VINE WINE, INC.,

                    Defendant.

23-CV-09276 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

 Discovery in this case closes August 9, 2024. By August 14, 2024, at 5:00 PM, the parties should submit a joint status letter indicating whether they intend to file summary-judgment briefing and proposing three separate weeks in September and October that would work for trial.

 SO ORDERED.

Dated:  August 9, 2024
   New York, New York

                _____
                 ARUN SUBRAMANIAN
                United States District Judge