UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANJAY SOOKUL, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>            -against-<br><br>Fresh Vine Wine, Inc.<br><br>                Defendant. | Case No: 1:23-cv-09276-AS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated:  Jericho, New York<br>           August 13, 2024 | Minneapolis, Minnesota<br>August 13, 2024 |
| **MARS KHAIMOV LAW, PLLC** | **TAFT STETTINIUS & HOLLISTER LLP** |
| By: _/s/ Mars Khaimov_ | By: _/s/ Anton Christopher Brown_ |
| Mars Khaimov, Esq.<br>100 Duffy Ave., Suite 510<br>Hicksville, NY 11801<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | Anton Christopher Brown, Esq.<br>80 South Eight Street<br>Minneapolis, MN 55402<br>cbrown@taftlaw.com<br>*Attorneys for Defendant* |

The Clerk of Court is directed to close this case.

SO ORDERED.

_/s/ Arun Subramanian_

Arun Subramanian, U.S.D.J.
Date: August 14, 2024